**ADANTÉ POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
**ANGEL ALEXANDER, ESQ., PL-492703**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: Aalexander@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL ROBERTS, et al. | Case No.: 2:22-cv-01974-KJM-AC |
| Plaintiff(s), | **STIPULATION AND ORDER TO GRANT LEAVE FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT** |
| v. | |
| COUNTY OF SACRAMENTO, a municipal corporation; et al. | |
| Defendant(s). | |

1  WHEREAS, Plaintiffs filed their Complaint on November 1, 2022. (ECF 1)

2  WHEREAS, Defendant County filed a Motion to Dismiss on December 28, 2022. (ECF 7)

3

4  WHEREAS, Plaintiff filed a Rule 15 (a)(1) First Amended Complaint on January 10, 2023. (ECF 14)

5

6  WHEREAS, Defendant County filed a Second Motion to Dismiss on February 1, 2023. (ECF 18).

7

8  WHEREAS, the Court granted Defendant County's dismiss without leave of prejudice for Plaintiffs to file an amended Complaint on March 15, 2023. (ECF 28).

9

10

11  WHEREAS, Plaintiffs filed a Second Amended Complaint on April 5, 2023. (ECF 35).

12  WHEREAS, Defendant County filed an answer on April 20, 2023. (ECF 36).

13

14  WHEREAS, Plaintiffs served Rule 34 Production of Document Requests on February 6, 2023.

15  WHEREAS, Defendant County issued responses and a document production responsive to Plaintiffs' Requests for Production of Documents on March 29, 2023.

16

17  WHEREAS, after review of Defendant County's document production, police reports and incident videos, Plaintiffs identified Brandon Lunardi, Vadem Ivanov, and Aaron Muradyan, the deputies involved in Plaintiff Roberts's arrest, and sent a proposed Third Amended Complaint to Defendants.

18

19

20

21

22  WHEREAS, the parties JOINTLY request the Court to grant Plaintiff leave to file a Third Amended Complaint to name the involved deputies.

23

24  Dated:  May 1, 23       POINTER & BUELNA, LLP
                                        LAWYERS FOR THE PEOPLE

25

26                          /s/Patrick Buelna

      PATRICK BUELNA
      Attorney for PLAINTIFF

Dated:  May 1, 23

      /s/  Suli Mastorakos (Auth: 4/25/23)
      SULI MASTORAKOS
      Attorney for DEFENDANT

  IT IS SO ORDERED.

DATE:  May 1, 2023.

                       CHIEF UNITED STATES DISTRICT JUDGE