**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, BRANDON LUNDARDI, VADEM IVANOV, and AARON
MURADYAN
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL ROBERTS, an individual; S.R., a minor, by and though his Guardian Ad Litem CLAUDELL ROBERTS, | CASE NO.  2:22-cv-01974-KJM-AC |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE** |
| v. | TAC: 05/08/2023 |
| COUNTY OF SACRAMENTO, a municipal corporation; BRANDON LUNDARDI, in his individual capacity as a deputy sheriff for COUNTY; VADEM IVANOV in his individual capacity as a deputy sheriff for COUNTY; AARON MURADYAN in his individual capacity as a deputy sheriff for COUNTY; | |
| Defendants. | |
| _____/ | |

1

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE**

1    Plaintiffs and Defendants (collectively, the "Parties"), by and through their designated counsel of
2    record, hereby stipulate and respectfully request that the Court continue the further Settlement
3    Conference to October 23, 2024.

4    WHEREAS, this case is currently set for a further Settlement Conference on June 18, 2024.

5    WHEREAS, Defendants have a conflict due to an inadvertent calendaring error and are unable to
6    attend the Settlement Conference currently set for June 18, 2024.

7    WHEREAS, the parties jointly stipulate and respectful request that the Court continue the further
8    Settlement Conference to October 23, 2024, or another date thereafter that is available for the Court.

9    **IT IS SO STIPULATED.**

10

11   Dated:  June 14, 2024                    PORTER SCOTT
12                                            A PROFESSIONAL CORPORATION

13                                            By  /s/Carl L. Fessenden
14                                                Carl L. Fessenden
                                                  Suli A. Mastorakos
15                                                Attorneys for Defendants

16

17   Dated: June 14, 2024                     POINTER & BUELNA, LLP
18                                            LAWYERS FOR THE PEOPLE

19                                            By */s/Angel Alexander(Authorized on 6/14/24)*
20                                                Angel M. Alexander
                                                  Adanté D. Pointer
21                                                Attorneys for Plaintiffs

22

23

24

25

26

27

28

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE**

1

**[~~PROPOSED~~] ORDER**

2

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

3

4

Dated: June 14, 2024

5

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE**