**ADANTÉ POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
**ANGEL ALEXANDER, ESQ., PL-492703**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: Aalexander@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL ROBERTS, et al. | Case No.: 2:22-cv-01974-KJM-AC |
| Plaintiff(s), | **STIPULATION AND ORDER TO GRANT LEAVE FOR PLAINTIFF TO FILE A FOURTH AMENDED COMPLAINT** |
| v. | |
| COUNTY OF SACRAMENTO, a municipal corporation; et al. | |
| Defendant(s). | |

1. WHEREAS, Plaintiffs filed their Complaint on November 1, 2022. (ECF 1)

2. WHEREAS, Defendant County filed a Motion to Dismiss on December 28, 2022. (ECF 7)

3. WHEREAS, Plaintiff filed a Rule 15 (a)(1) First Amended Complaint on January 10, 2023. (ECF 14)

4. WHEREAS, Defendant County filed a Second Motion to Dismiss on February 1, 2023. (ECF 18).

5. WHEREAS, the Court granted Defendant County's dismiss without leave of prejudice for Plaintiffs to file an amended Complaint on March 15, 2023. (ECF 28).

6. WHEREAS, Plaintiffs filed a Second Amended Complaint on April 5, 2023. (ECF 35).

7. WHEREAS, Defendant County filed an answer on April 20, 2023. (ECF 36).

8. WHEREAS, Plaintiffs filed a Third Amended Complaint on May 8, 2023. ECF 39.

9. WHEREAS, Defendants answers on June 16, 2023. ECF 44.

10. WHEREAS, on October 23, 2024, the parties settled their case in principle.

11. WHEREAS, on February 10, 2025, Plaintiff Minor S.R. (SAH'DELL ROBERTS) was tragically killed.

12. WHEREAS, Sah'Dell Roberts died intestate without a will, children and is unmarried; therefore, his biological parents Claudell Roberts and Sandra Walton are the proper successors-in-interest to his claim.

13. WHEREAS, Claudell Roberts and Sandra Walton will file affidavits pursuant to CCP 377.32 that they are the proper successors-in-interest to his survival claim.

14. WHEREAS, the proposed Fourth Amended Complaint is attached to this filing.

WHEREAS, the parties JOINTLY request the Court to grant Plaintiffs leave to file a Fourth Amended Complaint that substitutes Plaintiff Minor S.R. for the co-successors-in-interest Sandra Walton and Claudell Roberts to Decedent Sah'Dell Roberts (Plaintiff Minor S.R.).

/

/

Dated:  April 21, 25    POINTER & BUELNA, LLP
                        LAWYERS FOR THE PEOPLE

                        /s/Patrick Buelna
                        PATRICK BUELNA
                        Attorney for PLAINTIFF

Dated:  April 21, 25

                        /s/Carl Fessenden (Auth: 4-10-25)
                        CARL FESSENDEN
                        Attorney for DEFENDANT

ORDER

IT IS SO ORDERED.  The Court grants Plaintiffs leave to file a Fourth Amended Complaint that substitutes Plaintiff Minor S.R. for the co-successors-in-interest Sandra Walton and Claudell Roberts to Decedent Sah'Dell Roberts (Plaintiff Minor S.R.).

DATED:  April 21, 2025.

_____
UNITED STATES DISTRICT JUDGE